LORETTA REALTY COMPANY, RESPONDENT, v. FREDERICK BIGLOW, SUPERINTENDENT OF BUILDINGS, ETC., APPELLANT.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, in which court the following *per curiam* was filed:

"Our examination of the record and the brief and argument of counsel results in the conclusion that the questions raised in this case are the same as those raised in No. 212 of the present term between E. & M. Land Company, and the same defendants, with the exception that here the application was for a permit to erect a three-story brick apartment house on premises at the northeast corner of Lyons avenue and Porter Place, being known as 19-31 Lyons avenue, Newark, New Jersey.

"The decision in No. 212 controls this. The observations made in that case are appropriate to this.

"The action of the board of adjustment in affirming the action of the superintendent of buildings of the city of Newark in refusing to issue the permit to the prosecutor is set aside, with costs."

For the respondent, *Benjamin F. Weinberg.*

For the appellant, *Jerome T. Congleton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.